# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2016

Rehearing No. 611

150656(85)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

DEAN ALTOBELLI,
      Plaintiff-Appellee/
      Cross-Appellant,

v

MICHAEL W. HARTMANN, MICHAEL A.
COAKLEY, M. ANNA MAIURI, JOSEPH M.
FAZIO, DOUGLAS M. KILBOURNE, JOHN
D. LESLIE and JEROME R. WATSON,
      Defendants-Appellants/
      Cross-Appellees.
_____/

SC: 150656
COA: 313470
Ingham CC: 2012-000635-CZ

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2016



Clerk